AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 2:19-cv-01317-RAJ

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* U.S. Department of Justice
was received by me on *(date)* 08/23/2019.

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____
on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify)*:
I served the U.S. Department of Justice by serving the United States (see below) and by sending a copy of the complaint, summon, and Judge Jones's standing order via USPS certified mail to the Department of Justice on 8/26/2019. Please see the attached USPS receipt and delivery confirmation which show that the complaint, summons, and standing order were delivered on 8/30/19.

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00.

I declare under penalty of perjury that this information is true.

Date: 08/30/2019

*Server's signature*

Helen Zhong, Administrative Coordinator and Paralegal
*Printed name and title*

475 Riverside Drive, Suite 302
New York, NY 10115
*Server's address*

Additional information regarding attempted service, etc:

I served the United States by (1) sending a copy of the complaint, summons, and standing order by USPS certified mail to the Attorney General of the United States on 8/26/2019 and (2) sending a copy of the complaint, summons, and standing order to the civil process clerk at the U.S. attorney's office for the Western District of Washington, by USPS certified mail on 8/26/19. Please see the attached USPS receipts and delivery confirmation which show that the complaint, summons, and standing order were delivered to both addresses on 8/30/19.







# USPS Tracking® FAQs › (https://www.usps.com/faqs/uspstracking-faqs.htm)

## Track Another Package +

**Tracking Number:** 70182290000117376572

Remove ✕

Your item was delivered at 5:59 am on August 30, 2019 in WASHINGTON, DC 20530.

## ⊘ Delivered

August 30, 2019 at 5:59 am
Delivered
WASHINGTON, DC 20530

Get Updates ⌄

---

Text & Email Updates ⌄

---

Tracking History ⌄

---

Product Information ⌄

---

See Less ⌃

Remove ✕

Case 2:19-cv-01317-RAJ   Document 9   Filed 08/30/19   Page 4 of 4

**Tracking Number:** 70182290000117376589

Your item has been delivered to an agent at 2:52 pm on August 29, 2019 in SEATTLE, WA 98101.



## Delivered

August 29, 2019 at 2:52 pm
Delivered, To Agent
SEATTLE, WA 98101

Get Updates ∨

See More ∨

**Tracking Number:** 70182290000117376565                                    Remove ✕

Your item was delivered at 5:59 am on August 30, 2019 in WASHINGTON, DC 20530.



## Delivered

August 30, 2019 at 5:59 am
Delivered
WASHINGTON, DC 20530

Get Updates ∨

See More ∨

## Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

**FAQs (https://www.usps.com/faqs/uspstracking-faqs.htm)**