# EXHIBIT A



**U.S. Department of Justice**

Office of Legal Counsel

---

*Washington, D.C. 20530*

March 15, 2019

Daniela Nogueira
Knight First Amendment Institute at
Columbia University
daniela.nogueira@knightcolumbia.org

     **Re:**    **FOIA Tracking No. FY19-088**

Dear Ms. Nogueira:

     This letter acknowledges receipt of your February 15, 2019 Freedom of Information Act ("FOIA") request on behalf of Matthew J. Connelly, Mary L. Dudziak, Megan Ming Francis, Matthew L. Jones, Hiroshi Motomura, the Campaign for Accountability, and the Knight First Amendment Institute at Columbia University, to the Office of Legal Counsel ("OLC"), in which you sought "all of the OLC's formal written opinions, or equivalent thereof, created on or before February 15, 1994." We received your request on February 15, 2019, and it has been assigned tracking number **FY19-088**.

     We have determined that there likely are many thousands of records that may be responsive to your request. Because of the need to examine a voluminous amount of records, and because the records you seek contain information of interest to other Department components and/or federal agencies, your request falls within "unusual circumstances." *See* 5 U.S.C. 552 § (a)(6)(B)(i)-(iii). Because of these unusual circumstances, we are extending the time limit to respond to your request for ten additional days as provided by the statute. The time needed to process your request will necessarily depend on the volume and complexity of the records located. Based on our preliminary review of your request, and pursuant to 28 C.F.R. § 16.5(b), your request has been tentatively assigned to the "complex" processing track. If you would like to narrow your request so that it can be transferred to the "simple" track and processed more quickly, please contact Melissa Golden at the address and phone number provided below.

     We have not yet made a decision on your request for a fee waiver. We will do so after we determine whether fees will be assessed for this request.

     In the meantime, if you have any questions or wish to discuss your request, you may contact Melissa Golden, OLC's FOIA Public Liaison, at usdoj-officeoflegalcounsel@usdoj.gov, (202) 514-2053, or at Office of Legal Counsel, United States Department of Justice, 950 Pennsylvania Ave., N.W., Room 5511, Washington, DC 20530.

                    Sincerely,

                    *Paul P. Colborn*

                    Paul P. Colborn
                    Special Counsel