Hon. Richard A. Jones

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MEGAN MING FRANCIS, et al.,<br><br>   Plaintiffs,<br><br>               v.<br><br>UNITED STATES DEPARTMENT OF JUSTICE,<br><br>   Defendant. | No. 2:19-cv-1317-RAJ<br><br>**JOINT MOTION FOR EXTENSION OF TIME TO FILE JOINT STATUS REPORT** |

JOINT MOTION FOR EXTENSION OF TIME
TO FILE JOINT STATUS REPORT– Page 1
*Megan Ming Francis, et al. v. Dep't of Justice*, 2:19-cv-1317-RAJ

Alex Abdo (*pro hac vice*)
Knight First Amendment Institute
  at Columbia University
475 Riverside Drive, Suite 302
New York, NY 10115
(646)745-8500
alex.abdo@knightcolumbia.org

Plaintiffs Megan Ming Francis, Matthew J. Connelly, Mary L. Dudziak, Matthew L. Jones, Hiroshi Motomura, Campaign for Accountability, and the Knight First Amendment Institute at Columbia University (collectively, "Plaintiffs") and Defendant United States Department of Justice ("Defendant"), jointly move for a seven-day extension of time to submit the parties' Fourth Joint Status Report to the Court.

On August 11, 2020, this Court issued an Amended Scheduling Order setting November 6, 2020 as the deadline for the parties' Fourth Joint Status Report. *See* ECF No. 21. As described in the parties' Third Joint Status Report, *see* ECF No. 20 at 4, the parties have been engaged in negotiations over the continued production of records responsive to Plaintiffs' request and whether Plaintiffs will narrow their request. The parties met and conferred telephonically on October 27, 2020 and are diligently continuing to discuss proposals to narrow Plaintiffs' request and ensure the efficient production of records in this case. To that end, the parties request a brief continuance of the deadline to file the parties' Fourth Joint Status Report from November 6, 2020 to November 13, 2020.

DATED: November 3, 2020            Respectfully submitted,

/s/ Alex Abdo
Alex Abdo, *Pro Hac Vice*
Jameel Jaffer, *Pro Hac Vice*
Knight First Amendment Institute at Columbia University
475 Riverside Drive, Suite 302
New York, NY 10115
(646) 745-8500
alex.abdo@knightcolumbia.org

JOINT MOTION FOR EXTENSION OF TIME
TO FILE JOINT STATUS REPORT– Page 2
*Megan Ming Francis, et al. v. Dep't of Justice*, 2:19-cv-1317-RAJ

Alex Abdo (*pro hac vice*)
Knight First Amendment Institute
   at Columbia University
475 Riverside Drive, Suite 302
New York, NY 10115
(646)745-8500
alex.abdo@knightcolumbia.org

|   |   |
|---|---|
| 1 |  |
| 2 | /s/ Katherine George |
|   | Katherine George (WSBA 36288) |
| 3 | Johnston George LLP |
|   | 2101 4th Ave., Suite 860 |
| 4 | Seattle, WA 98121 |
|   | (206) 832-1820 |
| 5 | kathy@johnstongeorge.com |
| 6 | *Attorneys for Plaintiffs* |
| 7 | ETHAN P. DAVIS |
|   | Acting Assistant Attorney General |
| 8 | Civil Division |
| 9 | MARCIA BERMAN |
|   | Assistant Branch Director |
| 10 | Federal Programs Branch |
| 11 | /s/ Rebecca Cutri-Kohart |
|   | REBECCA CUTRI-KOHART |
| 12 | DC Bar No. 1049030 |
|   | Trial Attorney |
| 13 | U.S. Department of Justice |
|   | Civil Division, Federal Programs Branch |
| 14 | 1100 L Street NW |
|   | Washington, DC 20530 |
| 15 | (202) 514-0265 (telephone) |
|   | (202) 616-8460 (facsimile) |
| 16 | rebecca.cutri-kohart@usdoj.gov |
| 17 | *Attorneys for Defendant* |

JOINT MOTION FOR EXTENSION OF TIME
TO FILE JOINT STATUS REPORT– Page 3
*Megan Ming Francis, et al. v. Dep't of Justice*, 2:19-cv-1317-RAJ

Alex Abdo (*pro hac vice*)
Knight First Amendment Institute
  at Columbia University
475 Riverside Drive, Suite 302
New York, NY 10115
(646)745-8500
alex.abdo@knightcolumbia.org