Hon. Richard A. Jones

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MEGAN MING FRANCIS, et al.,<br><br>   Plaintiffs,<br><br>      v.<br><br>UNITED STATES DEPARTMENT OF JUSTICE,<br><br>   Defendant. | No. 2:19-cv-1317-RAJ<br><br>**SIXTH JOINT STATUS REPORT** |

JOINT STATUS REPORT – Page 1
*Megan Ming Francis, et al. v. Dep't of Justice*, 2:19-cv-1317-RAJ

United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, DC 20530
202-514-0265

Pursuant to the Court's March 12, 2021 Scheduling Order, plaintiffs Megan Ming Francis, Matthew J. Connelly, Mary L. Dudziak, Matthew L. Jones, Hiroshi Motomura, Campaign for Accountability, and the Knight First Amendment Institute at Columbia University (collectively, "Plaintiffs") and defendant United States Department of Justice ("Defendant") respectfully submit this Joint Status Report regarding Plaintiffs' Freedom of Information Act request for all Office of Legal Counsel ("OLC") formal written opinions[1] issued prior to February 15, 1994.

As described in the Fifth Joint Status Report, ECF No. 24, the parties agreed to a plan to complete processing of Plaintiffs' FOIA request and resolve this matter. The only remaining issue is Plaintiffs' request for Attorneys' Fees, which Defendant is evaluating. The parties propose that they submit either a settlement agreement and stipulation of dismissal or a seventh Joint Status Report advising the Court of any need for further proceedings by April 16, 2021.

DATED: March 12, 2021                    Respectfully submitted,

/s/ Alex Abdo
Alex Abdo, *Pro Hac Vice*
Jameel Jaffer, *Pro Hac Vice*
Knight First Amendment Institute at Columbia
   University
475 Riverside Drive, Suite 302
New York, NY 10115
(646) 745-8500
alex.abdo@knightcolumbia.org

---

[1] As defined in Plaintiffs' FOIA request.

JOINT STATUS REPORT – Page 2
*Megan Ming Francis, et al. v. Dep't of Justice*, 2:19-cv-1317-RAJ

United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, DC 20530
202-514-0265

/s/ Katherine George
Katherine George (WSBA 36288)
Johnston George LLP
2101 4th Ave., Suite 860
Seattle, WA 98121
(206) 832-1820
kathy@johnstongeorge.com

*Attorneys for Plaintiffs*

BRIAN M. BOYNTON
Acting Assistant Attorney General
Civil Division

MARCIA BERMAN
Assistant Branch Director
Federal Programs Branch

/s/ Rebecca Cutri-Kohart
REBECCA CUTRI-KOHART
DC Bar No. 1049030
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, DC 20530
(202) 514-0265 (telephone)
(202) 616-8460 (facsimile)
rebecca.cutri-kohart@usdoj.gov

*Attorneys for Defendant*

JOINT STATUS REPORT – Page 3
*Megan Ming Francis, et al. v. Dep't of Justice*, 2:19-cv-1317-RAJ

United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, DC 20530
202-514-0265