Hon. Richard A. Jones

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MEGAN MING FRANCIS, et al., <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF JUSTICE, <br><br> Defendant. | No. 2:19-cv-1317-RAJ <br><br> **EIGHTH JOINT STATUS REPORT** |

JOINT STATUS REPORT – Page 1
*Megan Ming Francis, et al. v. Dep't of Justice*, 2:19-cv-1317-RAJ

United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, DC 20530
202-514-0265

1   Pursuant to the Court's April 19, 2021 Scheduling Order, plaintiffs Megan Ming Francis,
2   Matthew J. Connelly, Mary L. Dudziak, Matthew L. Jones, Hiroshi Motomura, Campaign for
3   Accountability, and the Knight First Amendment Institute at Columbia University (collectively,
4   "Plaintiffs") and defendant United States Department of Justice ("Defendant") respectfully
5   submit this Joint Status Report regarding Plaintiffs' Freedom of Information Act request for all
6   Office of Legal Counsel ("OLC") formal written opinions[1] issued prior to February 15, 1994.

7   As described in the Fifth Joint Status Report, ECF No. 24, the parties agreed to a plan to
8   complete processing of Plaintiffs' FOIA request and resolve this matter. The only remaining
9   issue is Plaintiffs' request for Attorneys' Fees. Defendant has responded to Plaintiffs' fee
10  request and the parties are in the process of attempting to resolve this issue without any further
11  intervention from the Court. The parties propose that they submit either a settlement agreement
12  and stipulation of dismissal or a ninth Joint Status Report advising the Court of any need for
13  further proceedings by June 28, 2021.

15  DATED: May 28, 2021                    Respectfully submitted,

17                                         /s/ Alex Abdo
                                           Alex Abdo, *Pro Hac Vice*
                                           Jameel Jaffer, *Pro Hac Vice*
18                                         Knight First Amendment Institute at Columbia
                                             University
19                                         475 Riverside Drive, Suite 302
                                           New York, NY 10115
20                                         (646) 745-8500

21  [1] As defined in Plaintiffs' FOIA request.

JOINT STATUS REPORT – Page 2
*Megan Ming Francis, et al. v. Dep't of Justice*, 2:19-cv-1317-RAJ

United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, DC 20530
202-514-0265

alex.abdo@knightcolumbia.org

/s/ Katherine George
Katherine George (WSBA 36288)
Johnston George LLP
2101 4th Ave., Suite 860
Seattle, WA 98121
(206) 832-1820
kathy@johnstongeorge.com

*Attorneys for Plaintiffs*

BRIAN M. BOYNTON
Acting Assistant Attorney General
Civil Division

MARCIA BERMAN
Assistant Branch Director
Federal Programs Branch

/s/ Rebecca Cutri-Kohart
REBECCA CUTRI-KOHART
DC Bar No. 1049030
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, DC 20530
(202) 514-0265 (telephone)
(202) 616-8460 (facsimile)
rebecca.cutri-kohart@usdoj.gov

*Attorneys for Defendant*

JOINT STATUS REPORT – Page 3
*Megan Ming Francis, et al. v. Dep't of Justice*, 2:19-cv-1317-RAJ

United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, DC 20530
202-514-0265