Hon. Richard A. Jones

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MEGAN MING FRANCIS, et al., <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF JUSTICE, <br><br> Defendant. | No. 2:19-cv-1317-RAJ <br><br> **STIPULATION OF DISMISSAL** |

STIPULATION OF DISMISSAL – Page 1
*Megan Ming Francis, et al. v. Dep't of Justice*, 2:19-cv-1317-RAJ

United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, DC 20530
202-514-0265

**STIPULATION OF DISMISSAL**

Pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii), Plaintiffs Megan Ming Francis, Matthew J. Connelly, Mary L. Dudziak, Matthew L. Jones, Hiroshi Motomura, Campaign for Accountability, and the Knight First Amendment Institute at Columbia University and Defendant U.S. Department of Justice stipulate and agree to the dismissal of this action with prejudice.

So stipulated and agreed this 13th day of August, 2021.

BRIAN M. BOYNTON
Acting Assistant Attorney General
Civil Division

MARCIA BERMAN
Assistant Branch Director

 /s/ Alex Abdo                                                   /s/ Rebecca Cutri-Kohart
Alex Abdo                                                        Rebecca Cutri-Kohart
Knight First Amendment Institute                                 Trial Attorney
  at Columbia University                                         U.S. Department of Justice
475 Riverside Drive, Suite 302                                   Civil Division, Federal Programs Branch
New York, NY 10015                                               1100 L Street NW
(646) 745-8500                                                   Washington, D.C. 20005
alex.abdo@knightcolumbia.org                                     (202) 514-0265
                                                                 rebecca.cutri-kohart@usdoj.gov

*Counsel for Plaintiffs*                                         *Counsel for Defendant*

STIPULATION OF DISMISSAL – Page 2
*Megan Ming Francis, et al. v. Dep't of Justice*, 2:19-cv-1317-RAJ

United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, DC 20530
202-514-0265