Hon. Richard A. Jones

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| MEGAN MING FRANCIS, et al.,<br><br>  Plaintiffs,<br><br>    v.<br><br>UNITED STATES DEPARTMENT OF JUSTICE,<br><br>  Defendant. | No. 2:19-cv-1317-RAJ<br><br>ORDER OF DISMISSAL |

Based on the Stipulation of the parties, it is hereby ORDERED that this action is DISMISSED with prejudice.

DATED this 16th day of August, 2021.

*/s/ Richard A. Jones*

The Honorable Richard A. Jones
United States District Judge

ORDER OF DISMISSAL – Page 1
*Megan Ming Francis, et al. v. Dep't of Justice*, 2:19-cv-1317-RAJ

United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, DC 20530
202-514-0265